UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

STEPHEN YANG,                                         :         Case No. 1:18-cv-12147

                Plaintiff,         :
  -against-
                                                        :         **NOTICE OF APPEARANCE**

NBCUNIVERSAL MEDIA, LLC,
                                                          :
               Defendant.
                                                          :

----------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney of record on behalf of Defendant NBCUniversal Media, LLC in the above-captioned matter and requests that copies of all notices, pleadings and other papers in this matter be served upon the undersigned.

Dated: New York, New York
        March 11, 2019

                                      SATTERLEE STEPHENS LLP

                                      By:   /s/ Peggy Chen
                                           Peggy Chen
                                     230 Park Avenue, Suite 1130
                                     New York,  NY 10169
                                     Tel: (212) 818-9200

                                     *Attorneys for Defendant NBCUniversal Media, LLC*

3168627_1