UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

STEPHEN YANG,                                          :        Case No. 1:18-cv-12147

                        Plaintiff,         :

   -against-

                                              :        **NOTICE OF APPEARANCE**

NBCUNIVERSAL MEDIA, LLC,
                                              :

                       Defendant.
                                              :

----------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney of record on behalf of Defendant NBCUniversal Media, LLC in the above-captioned matter and requests that copies of all notices, pleadings and other papers in this matter be served upon the undersigned.

Dated: New York, New York
         March 11, 2019

                                        SATTERLEE STEPHENS LLP

                                        By:   /s/ Mark Lerner
                                             Mark Lerner
                                        230 Park Avenue, Suite 1130
                                        New York,  NY 10169
                                        Tel: (212) 818-9200

                                        *Attorneys for Defendant NBCUniversal Media, LLC*