UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

STEPHEN YANG,                                   :         Case No. 1:18-cv-12147

                Plaintiff,        :

   -against-
                                         :         **RULE 7.1 STATEMENT**

NBCUNIVERSAL MEDIA, LLC,
                                         :
                Defendant.
                                         :

----------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1, defendant NBCUniversal Media, LLC states that it is indirectly owned by Comcast Corporation.  Comcast Corporation is a publicly held corporation.  No other publicly held corporation owns 10% or more of the equity of NBCUniversal Media, LLC.


Dated: New York, New York
          March 11, 2019

                                              SATTERLEE STEPHENS LLP

                                              By:   /s/ Mark Lerner
                                                   Mark Lerner
                                            230 Park Avenue, Suite 1130
                                            New York, NY 10169
                                            Tel: (212) 818-9200

                                            *Attorneys for Defendant NBCUniversal Media, LLC*