

Mark Lerner, Esq.
Email: mlerner@ssbb.com
Direct Dial: (212) 404-8714

230 Park Avenue
11th Floor
New York, NY 10169-0079
(212) 818-9200
(212) 818-9606 (Fax)

51 John F. Kennedy Parkway
First Floor West
Short Hills, NJ 07078-2713
(973) 218-2509
(973) 218-2401 (Fax)

www.ssbb.com

March 11, 2019

**Via ECF and email (ALCarterNYSDChambers@nysd.uscourts.gov)**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Stephen Yang v. NBCUniversal Media, LLC*, No. 18-cv-12147-ALC,
      Defendant's request for extension of time to answer

Dear Judge Carter:

    We represent defendant NBCUniversal Media, LLC ("NBCUniversal") in the above-referenced matter and write on behalf of NBCUniversal to respectfully request an extension of time to answer, move or otherwise respond to plaintiff Stephen Yang's complaint.  The current deadline to respond to the complaint is March 13, 2019.  We seek an extension of time to April 10, 2019, as we have just been retained as counsel and need some time to review the matter.  In addition, the parties would also like to further explore settlement of the matter.  This the second request for an extension of time; the first request was granted.  Plaintiff consents to the request.

Respectfully submitted,

/s/ Mark Lerner

Mark Lerner

cc: Richard Liebowitz (*via ECF and email (RL@liebowitzlawfirm.com)*)

SO ORDERED:

_____
Andrew L. Carter, Jr., U.S.D.J.

3168616_1